# UNITED STATES DISTRICT COURT

for the

__________ District of __________

__________ Division

Brandie L. Meiller
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

List of Defendants Attached.
*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. 21-297-DCN
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☒ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

**I. The Parties to This Complaint**

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Brandie L. Meiller |
| Street Address | 413 N. Main St. 50% living |
| City and County | Riggins (Idaho County) |
| State and Zip Code | Idaho 83549 |
| Telephone Number | |
| E-mail Address | |

Mailing Address P.O. Box 205 Donnelly Id. 83615

2nd House → 50% living

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Brandie Meiller
2105 W. Palouse St.
Boise Id.
83705

Malena
Address

Alias's Are, Seyfried Jacobs Meiller etc.

Defendant No. 1

| | |
|---|---|
| Name | LaDeene Bedord Frederick ?? |
| Job or Title *(if known)* | ?? |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Please see Attached Arrest of Witnesses

Defendant No. 2

| | |
|---|---|
| Name | David P. Hamilton |
| Job or Title *(if known)* | Lots. |
| Street Address | 8448 Jackson St. |
| City and County | Philadelphia |
| State and Zip Code | PA. |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | Karen Allen |
| Job or Title *(if known)* | CPS Caseworker |
| Street Address | |
| City and County | |
| State and Zip Code | Boise Idaho |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | Christa Howard |
| Job or Title *(if known)* | Child(s) 2nd Attorney |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | CV. 01-19-13153 |

#5 Judge Ellis boise Idaho #6 Matt
#7 Judge Lamonte #8 Tara {Health + welfare mental Health mobile crisis
Berece of valley county

Defendants

#9 Joshua Wickard

#10 Elaine lee

#11 Kyle Bringhurst

#12 Dr. Balaji state Hospital south

#13 officer

#14 officer

#15 Dr. Pickdel

#16 Dr.

#17 A.K.A. F.B.I. agent Ryan oneil

#18 Tawna Quinatoa C.P.S. Boise Idaho Supervisor.

#19 Staff at St. Alphonsas Boise Idaho

#20 Director of lifeways Hospital Jesse of lifeways Hospital

#21 officer Staughmbaugh valley county Sheriff

Chris Walhoff Boise Idaho

Micheal Pierce Valley County Attorney

Adams County prosecutor

Idaho County prosecutor

Judge William C Mcfeadries Delaware County P.A.

Judge Spiros E Angelos Del.Co. PA

Judge Ida K Chen Philadelphia PA

Master Fern Caplin Philadelphia PA.

# list of Defendants

Boise P.D. Police Department

Lawrence OR Terrance of Health + Welfare Behavioral
Boise Idaho

Tara of Health + Welfare Behavioral
Boise Idaho

U.S. Attorney of Boise Idaho

Attorney General of Boise Idaho

Child Protective Services
Boise Idaho

State of Idaho
Health & Welfare Behaviora

Judge Darnell C Jones II
Eastern District of PA

Officer Dennellopy of
Boise P.D.

Officer Slater of
Boise P.D.

Jim Foudy Superintendant
McCall Donnelly school District

There are MORE Defendants that Victim could name if Any Agency had investigated. more Defendants to be Named.

office of the Attorney General
700 W. Jefferson st. Suite 210
P.O. Box 83720
Boise Idaho 83720-0010

Valley county Sheriff
107 W Spring St.
Cascade Id. 83611

Valley County Court
219 N. Main st.
Cascade Id. 83611

Michael Pierce
P.O. Box 1019
Cascade Id. 83611

Ada county court Judge Ellis
200 W. Front St
Boise Id.
83702

prosecutors office
Suite #3191

Eastern Distric of Pennsylvania
601 market St.
Philadelphia P.A.
19106

C.P.S. Boise
1720 W. Westgate Dr.
Boise, Idaho
83704

CaSA 4th judicial District
P.O. Box 789
Caldwell Id.
83606

State Hospital South
700 E. Alice St.
Blackfoot Id.
83221

Cottonwood creek Hospital
2131 Bonito Way
Meridian Id
83642

LaDeene Bedard
P.O. Box 596
Soda Springs Id.
83276

Boise Police Department
City Hall West
333 N. Mark Stall Pl.
Boise Id.
83704

? David Hamilton
8448 Jackson St.
philadelphia P.A.

Delaware County Court Judge
201 Front St.
Media P.A.
19063

Spiros E. Angelos
Judge William
C. Mckreadis

ADams County prosecutor
201 industrial Ave.
Council Id.
83612

F.B.I. Boise office
877 main street #404
Boise Id.
83702

Health + Welfare Behavioral
1720 westgate Dr.
Boise Id.
83704

Jim Foudy + McCall / Donnelly School
120 Idaho St.
McCall Id.
83638

U.S. Attorney office Boise
Distric of Idaho
1290 W. Myrtle St. Suite 500 Boise Id. 83702
Attorney At Law
Walter McHugh
See Sheriff's Service

Aneesah El-Amien Jaamia??? spelling
Attorney At law
See Sheriff's Service

margaarett Amarosso
Attorney At law
See Sheriff's Service

Philadelphia Family Court, P.F.A.
Court Philadelphia Judge Ida K. Chen
Master Fern Caplin
Domestic Relations
*Philadelphia District Attorney
3 S. Penn Square
Philadelphia P.A. 19107

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

- [x] Federal question
- [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

28 U.S. Code § 4101, 18 U.S. Code § 113, Idaho child Indian Welfare Act. CW → ch. 5 5.6 chapter 3 3.5; 2.1 Chapter 2 § Ch. 4 4.3. D.; Ch. 4 4.8 C+D; more etc.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* ________________, is a citizen of the State of *(name)* ________________.

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* ________________, is incorporated under the laws of the State of *(name)* ________________, and has its principal place of business in the State of *(name)* ________________.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* see All Attached, is a citizen of the State of *(name)* Idaho. Or is a citizen of *(foreign nation)* ________________.

b. If the defendant is a corporation

The defendant, *(name)* ______________________, is incorporated under the laws of the State of *(name)* ______________________, and has its principal place of business in the State of *(name)* ______________________. Or is incorporated under the laws of *(foreign nation)* ______________________, and has its principal place of business in *(name)* ______________________.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

$200 million a day Per Defendant

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I was taken against my will & x's held torchured with needles mocked treated like a Dog told I was never a victim ~~told that my rapist wasn't my rapist~~ my children terrorised by State + Federal Agencies For a year + More.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Please see Arrest of witness → See Attached Petition of Breakdown of Begging a judge to hear me.

200 Million A day

my child(s) Dead Remains a missing. there is no price.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: Jan, 4 2021

Signature of Plaintiff [signature]

Printed Name of Plaintiff Brandie L. Meiller

### B. For Attorneys

Date of signing: __________

Signature of Attorney __________

Printed Name of Attorney __________

Bar Number __________

Name of Law Firm __________

Street Address __________

State and Zip Code __________

Telephone Number __________

E-mail Address __________